IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **FRANK PIERRE,** | : | |
| Petitioner, | : | |
| v. | : | |
| | | **CIVIL ACTION 06-0757-CG-M** |
| **ALBERTO GONZALES,** | : | |
| **MICHAEL CHERTOFF,** | | |
| **WARDEN DAVID O. STREIFF,** | : | |
| Respondents. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondents Alberto Gonzales, Michael Chertoff, Warden David O. Streiff and against Petitioner Frank Pierre.

**DONE and ORDERED** this 22nd day of August, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE